# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Khalil Demar Dodd,<br><br>　　　　　　Defendant,<br>and<br><br>Christopher Lee Bathke,<br><br>　　　　　　Third-Party Petitioner. | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case No. 20-cr-16 NEB/HB |

☒　**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. The Stipulation of Settlement (ECF No. 90) is APPROVED;
2. Upon the completion of the criminal proceedings in this case, including any appeal, the Taurus model TAS 9mm semi-automatic pistol, serial number TAR06132, will be returned by the Bureau of Alcohol, Tobacco, Firearms and Explosives to Third-Party Petitioner Christopher Lee Bathke; and
3. The return of the Taurus model TAS 9mm semi-automatic pistol, serial number TAR06132 shall be in full and final settlement and satisfaction of all claims by Third-Party Petitioner Christopher Lee Bathke arising from the seizure, detention and forfeiture of the firearm.

Date: February 24, 2022　　　　　　　　　　　　　　　Kate M. Fogarty, Clerk